UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RON MATIS, WILLIAM REICHART, and THOMAS OTAYCO on Behalf of Themselves and All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TRUGREEN LIMITED PARTNERSHIP; TRUGREEN LANDCARE, LLC; TRUGREEN, INC.; TRUGREEN LAWNCARE; and SERVICEMASTER,**<br><br>**Defendants.** | CASE NO. 1:13-cv-00133-CAB<br><br>JUDGE BOYKO<br><br>MAGISTRATE JUDGE WHITE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5 (h) of the Local Rules of the United States Courts for the Northern District of Ohio, I, Galvin B. Kennedy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. In support of this motion, the Movant shows as follows:

I am in good standing with the State Bar of Texas. (*See* Exhibit 1, Certificate of Good Standing).

I have not been subject to a disciplinary action by the bar or courts of the State of Texas, or any other state or federal court.

I have paid the fee.

I was admitted to the courts of the State of Texas on November 1, 1996. My court bar registration number is 00796870.

I have the following business address: 711 W. Alabama St., Houston, TX 77006.

**WHEREFORE**, the Movant prays that this Court grant this motion to permit him to represent the Plaintiffs and Class Members *pro hac vice* in this case and other related matters to this litigation and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: /s/ Galvin B. Kennedy
Galvin B. Kennedy (will file for admission *pro hac vice*)
Gkennedy@kennedyhodges.com
Texas State Bar No. 00796870
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

LEAD ATTORNEY IN CHARGE FOR PLAINTIFFS AND

OF COUNSEL:

Don J. Foty (will file for admission *pro hac vice*)
dfoty@kennedyhodges.com
KENNEDY HODGES, L.L.P.
State Bar No. 24050022
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

and

/s/ Anthony J. Lazzaro
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com

## **CERTIFICATE OF SERVICE**

     I certify that on January 30, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

                                  /s/ Anthony J. Lazzaro
                                  Anthony J. Lazzaro