IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RON MATIS, WILLIAM REICHART and THOMAS OTAYCO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUGREEN LIMITED PARTNERSHIP, TRUGREEN LANDCARE, TRUGREEN, INC., TRUGREEN LAWNCARE and SERVICEMASTER ,<br><br>Defendant. | Case No. 1:13-CV-00133-CAB<br><br>Judge CHRISTOPHER A. BOYKO |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), Defendants TruGreen Limited Partnership, TruGreen, Inc., TruGreen LawnCare and ServiceMaster Consumer Services Limited Partnership (erroneously listed in the caption as "ServiceMaster") (collectively "Defendants"), respectfully move this Honorable Court to permit Robert Friedman (Texas Bar No. 24007207) for admission *pro hac vice* in this case. In compliance with Local Rule 83.5(h), Defendants attach hereto as Exhibit A an Affidavit of Robert Friedman, attesting to his good standing before the Bars of the State of Texas, to which he was admitted in 1998; the United States Supreme Court; the United States Courts of Appeal for the First, Third, Fifth, Sixth, Ninth, Tenth and Eleventh Circuits; and the United States District Courts for the Northern, Southern, Eastern and Western Districts of

Texas and for the District of Colorado.  Mr. Friedman is a shareholder with Littler Mendelson, P.C. and maintains his office at 2001 Ross Avenue, Suite 1500, Dallas, Texas 75201 (phone: 214-880-8100; fax: 214-880-0181; e-mail: RFriedman@littler.com).  Mr. Friedman is fit to practice before this Honorable Court and, accordingly, Defendants respectfully request that Mr. Friedman be admitted *pro hac vice* and permitted to appear in this matter on behalf of these Defendants.

        Respectfully submitted,

*/s/ Shannon K. Patton*
Shannon K. Patton (0069407)
spatton@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
Attorneys for Defendant
TRUGREEN LIMITED PARTNERSHIP,
TRUGREEN, INC., TRUGREEN
LAWNCARE and SERVICEMASTER
CONSUMER SERVICES LIMITED
PARTNERSHIP

## CERTIFICATE OF SERVICE

On April 26, 2013, the foregoing *Motion for Admission Pro Hac Vice* was filed with the Court electronically. Notice of this filling will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Shannon K. Patton*_____
Shannon K. Patton

Firmwide:119874016.1 053274.1092