IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RON MATIS, WILLIAM REICHART and THOMAS OTAYCO, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRUGREEN LIMITED PARTNERSHIP, TRUGREEN LANDCARE, TRUGREEN, INC., TRUGREEN LAWNCARE and SERVICEMASTER ,<br><br>　　　　Defendant. | Case No. 1:13-CV-00133-CAB<br><br>Judge CHRISTOPHER A. BOYKO |

## AFFIDAVIT OF ROBERT FRIEDMAN

I, Robert Friedman, being first duly sworn, depose and state that I am of full age, sound mind, and have personal knowledge of the following facts:

1. I am a shareholder with the law firm of Littler Mendelson, P.C. ("Littler"). I maintain my office in Dallas, Texas.

2. I am one of the attorneys representing Defendants TruGreen Limited Partnership, TruGreen, Inc., TruGreen LawnCare and ServiceMaster Consumer Services Limited Partnership (erroneously listed in the caption as "ServiceMaster") (collectively "Defendants") in the above-captioned matter.

3. I seek to be admitted *pro hac vice* to practice before the United States District Court for the Northern District of Ohio in this matter. Pursuant to Local Rule 83.5, I state that I am a member in good standing of the Bars of the State of Texas; the United States Supreme



EXHIBIT A

Court; the United States Courts of Appeals for the First, Third, Fifth, Sixth, Ninth, and Tenth Circuits; and the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and for the District of Colorado.

I am competent to testify about each of these matters, which are within my personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert Friedman

Subscribed and sworn to before me this 26th day of April, 2013.

Camille O. Bowers
Commission Expires
10-26-2015

_____
Notary Public

Firmwide:119874575.1 053274.1092

2