IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RON MATIS and THOMAS OTAYCO, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUGREEN LIMITED PARTNERSHIP, TRUGREEN, INC., TRUGREEN LAWNCARE and SERVICEMASTER, <br><br> Defendants. | CASE NO. 1:13-CV-00133-CAB <br><br> JUDGE CHRISTOPHER A. BOYKO |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), Defendants TruGreen Limited Partnership, TruGreen, Inc., TruGreen LawnCare and ServiceMaster Consumer Services Limited Partnership (erroneously listed in the caption as "ServiceMaster") (collectively "Defendants"), respectfully move this Honorable Court to permit Robert W. Pritchard (Pennsylvania Bar No. 76979) for admission *pro hac vice* in this case. In compliance with Local Rule 83.5(h), Defendants attach hereto as Exhibit A an Affidavit of Robert W. Pritchard, attesting to his good standing before the Bars of the Commonwealth of Pennsylvania, to which he was admitted in 1996; the United States Courts of Appeal for the Second, Third and Eleventh Circuits; and the United States District Courts for the Eastern and Western Districts of Pennsylvania and for the Northern District of Florida. Mr. Pritchard is a shareholder with Littler Mendelson, P.C. and maintains his office at EQT Plaza, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222 (phone:

412-201-7628; fax: 412-774-1957; e-mail: RPritchard@littler.com). Mr. Pritchard is fit to practice before this Honorable Court and, accordingly, Defendants respectfully request that he be admitted *pro hac vice* and permitted to appear in this matter on behalf of these Defendants.

Respectfully submitted,

/s/ Shannon K. Patton
Shannon K. Patton (0069407)
spatton@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038

Attorney for Defendants
TRUGREEN LIMITED PARTNERSHIP,
TRUGREEN, INC., TRUGREEN
LAWNCARE and SERVICEMASTER
CONSUMER SERVICES LIMITED
PARTNERSHIP

## CERTIFICATE OF SERVICE

On January 8, 2014, the foregoing *Motion for Admission Pro Hac Vice* was filed with the Court electronically. Notice of this filling will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Shannon K. Patton*
Shannon K. Patton

Firmwide:124920195.1 053274.1092