IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RON MATIS and THOMAS OTAYCO, on Behalf of Themselves and All Others Similarly Situated, | : : : : CASE NO. 1:13-CV-00133-CAB |
| Plaintiff, | : |
| v. | : JUDGE CHRISTOPHER A. BOYKO : |
| TRUGREEN LIMITED PARTNERSHIP, TRUGREEN, INC., TRUGREEN LAWNCARE and SERVICEMASTER, | : : : : : |
| Defendant. | : : |

## AFFIDAVIT OF ROBERT W. PRITCHARD

I, Robert W. Pritchard, being first duly sworn, depose and state that I am of full age, sound mind, and have personal knowledge of the following facts:

1. I am a shareholder with the law firm of Littler Mendelson, P.C. ("Littler"). I maintain my office at 625 Liberty Avenue, 26th Floor in Pittsburgh, Pennsylvania 15222.

2. I am one of the attorneys representing Defendants TruGreen Limited Partnership, TruGreen, Inc., TruGreen LawnCare and ServiceMaster Consumer Services Limited Partnership (erroneously listed in the caption as "ServiceMaster") (collectively "Defendants") in the above-captioned matter.

3. I seek to be admitted *pro hac vice* to practice before the United States District Court for the Northern District of Ohio in this matter. Pursuant to Local Rule 83.5, I state that I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, to which I was admitted in 1996; the United States Courts of Appeals for the Second, Third and Eleventh

Circuits; and the United States District Courts for the Eastern and Western Districts of Pennsylvania and for the Northern District of Florida.

4.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5.  I am competent to testify about each of these matters, which are within my personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert W. Pritchard

Subscribed and sworn to before me this 8th day of January, 2014.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John C. Stupp, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Jan. 24, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

_____
Notary Public

Firmwide:124927893.1 053274.1092