UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RON MATIS, WILLIAM REICHART, : 
and THOMAS OTAYCO on Behalf of :
Themselves and All Others Similarly :
Situated, :
 :
          Plaintiffs, : CASE NO. 1:13-cv-00133-CAB
  v. :
 :
TRUGREEN LIMITED PARTNERSHIP, et al :
 :
          Defendants. :

## ORDER

AND NOW, this _____ day of _____, 2014 upon consideration of the Motion of Daniel C. Levin for Pro Hac Vice Admission, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Daniel C. Levin is hereby admitted to practice Pro Hac Vice in this matter as co-counsel for plaintiffs.

                                                                                      By the Court:

                                                                                         _____

                                                                                                            J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RON MATIS, WILLIAM REICHART, and THOMAS OTAYCO on Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br>v.<br><br>TRUGREEN LIMITED PARTNERSHIP, et al<br><br>     Defendants. | : <br>: <br>: <br>: <br>: <br>: CASE NO. 1:13-cv-00133-CAB <br>: <br>: <br>: <br>: |

## MOTION OF DANIEL C. LEVIN FOR ADMISSION PRO HAC VICE

**NOW COMES** Daniel C. Levin of Levin, Fishbein, Sedran & Berman, attorney for plaintiffs and, pursuant to Northern District of Ohio Local Civil Rule 83.5(h) requests the Court's leave to appear and participate in the instant lawsuit pro hac vice on behalf of the plaintiff. In support of this motion, Mr. Levin states as follows:

1. Mr. Levin was admitted to the Pennsylvania Supreme Court on October 30, 1997 and United States District Court Eastern District of Pennsylvania on June 24, 1998 and remains admitted to these courts in good standing. Certificates of Good Standing from the Pennsylvania Supreme Court and United States District Court Eastern District of Pennsylvania for Mr. Levin are attached hereto as Exhibits "A" and "B" respectively.

2. Mr. Levin has not been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States and has not received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  Additional information regarding Mr. Levin as required by Northern District of Ohio Local Civil Rule 83.5(h) is as follows

>   Mr. Daniel C. Levin, Esquire
>   Levin, Fishbein, Sedran & Berman
>   510 Walnut Street, Ste. 500
>   Philadelphia, PA 19106
>   Telephone: (215) 592-1500
>   Facsimile: (215) 592-4663
>   E-mail: dlevin@lfsblaw.com
>   Highest State Court Admitted: Pennsylvania Supreme Court
>   Pennsylvania Admission Date: October 30, 1997
>   Pennsylvania ID Number: 80013

4.  While Northern District of Ohio Local Civil Rule 83.5(h) does not appear to require the retention of local counsel, plaintiff will retain local counsel if the Court so requires.

WHEREFORE, Daniel C. Levin, attorney for plaintiffs, respectfully requests this Court grant this motion for pro hac vice admission in this lawsuit and grant such other relief as the Court deems just and reasonable.

>   Respectfully submitted,

Dated: February 25, 2014

>   /s/ Daniel C. Levin
>   Daniel C. Levin, Esquire
>   **LEVIN, FISHBEIN, SEDRAN & BERMAN**
>   510 Walnut Street, Suite 500
>   Philadelphia, PA 19106
>   Telephone:   215-592-1500

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the Motion of Daniel C. Levin for Pro Hac Vice Admission to be served this 25th day of February, 2014 via the Court's electronic notification system.

/s/ Daniel C. Levin
**DANIEL C. LEVIN**