UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____

RON MATIS, WILLIAM REICHART,  :
and THOMAS OTAYCO on Behalf of  :
Themselves and All Others Similarly  :
Situated,  :
 :
         Plaintiffs,  : CASE NO. 1:13-cv-00133-CAB
   v.  :
 :
TRUGREEN LIMITED PARTNERSHIP, et al  :
 :
         Defendants.  :
_____

**MOTION OF D. AARON RIHN**
**FOR ADMISSION *PRO HAC VICE***

      AND NOW, comes D. Aaron Rihn of Robert Peirce & Associates, P.C., attorney for opt-in plaintiff, Scott Moyle and, pursuant to Northern District of Ohio Local Civil Rule 83.5(h) requests the Court's leave to appear and participate in the instant lawsuit *pro hac vice* on behalf of the opt-in plaintiff, Scott Moyle. In support of this motion, Mr. Rihn states as follows:

      1.    Mr. Rihn was admitted to the Pennsylvania Supreme Court on October 18, 2000 and remains admitted to this court in good standing. A Certificate of Good Standing from the Pennsylvania Supreme Court for Mr. Rihn is attached hereto as Exhibits "A" respectively.

      2.    Mr. Rihn has not been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States and has not received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

      3.    Additional information regarding Mr. Rihn as required by Northern District of Ohio Local Civil Rule 83.5(h) is as follows:

>D. Aaron Rihn, Esquire
>ROBERT PEIRCE & ASSOCIATES, P.C.
>2500 Gulf Tower, 707 Grant Street
>Pittsburgh, PA 15219
>Telephone: (412) 281-7229
>Facsimile: (412) 281-4229
>E-mail: arihn@peircelaw.com
>Highest State Court Admitted: Pennsylvania Supreme Court
>Pennsylvania Admission Date: October 18, 2000
>Pennsylvania ID Number: 85752

4. While Northern District of Ohio Local Civil Rule 83.5(h) does not appear to require the retention of local counsel, D. Aaron Rihn will retain local counsel if the Court so requires.

WHEREFORE, D. Aaron Rihn, attorney for opt-in plaintiff, Scott Moyle, respectfully requests this Court grant this Motion for *Pro Hac Vice* Admission in this lawsuit and grant such other relief as the Court deems just and reasonable.

>Respectfully submitted,
>
>ROBERT PEIRCE & ASSOCIATES, P.C.
>
>By: /s/ D. Aaron Rihn, Esquire
>    D. AARON RIHN, ESQUIRE
>    Pa. I.D. No.: 85752
>    2500 Gulf Tower, 707 Grant Street
>    Pittsburgh, PA 15219
>    (412) 281-7229
>    Counsel for Opt-in Plaintiff Scott Moyle