## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RON MATIS and THOMAS OTAYCO, on Behalf of Themselves and All Others Similarly Situated, | CASE NO. 1:13-cv-00133-CAB |
| Plaintiffs, | JUDGE BOYKO |
| v. | ORDER APPROVING SECTION 216(b) SETTLEMENT OF CLAIMS OF FLSA CLASS MEMBERS |
| TRUGREEN LIMITED PARTNERSHIP, TRUGREEN, INC., and THE SERVICEMASTER COMPANY, | |
| Defendants. | |

Before the Court is the parties' Joint Motion for Order Approving Settlement of FLSA Claims Pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Joint Motion, are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiffs and those individuals who filed and did not withdraw written consents to join this action, as identified by name on Exhibit A to the Settlement Agreement) and the Defendants, that the Attorney's Fees and Expenses Payment requested in the Joint Motion is reasonable, that the Incentive Payments requested in the Joint Motion are reasonable, and that the settlement of the claims as to the FLSA Class Members as set forth in the Settlement Agreement is therefore approved. The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement.

The claims of the FLSA Class Members are DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the FLSA Class Members (except Named Plaintiffs, who shall remain parties in this action to serve as Ohio Class Representatives) are hereby DROPPED from this action pursuant to Rule 21 of the Federal Rules of Civil Procedure.

So ordered.

CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE